ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| LIS SAM, | CASE NO. 1:09cv0971 DLB |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO SERVE DEFENDANT WITH CONFIDENTIAL LETTER BRIEF** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties, Plaintiff's time to serve Defendant with a Confidential Letter Brief is EXTENDED.

Plaintiff shall serve Defendant with a Confidential Letter brief on or before February 15, 2010.

IT IS SO ORDERED.

Dated:   **January 5, 2010**          /s/ Dennis L. Beck
                              UNITED STATES MAGISTRATE JUDGE