| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>KATHRYN R. WATSON |
| 4 | Special Assistant United States Attorney<br>California Bar No. 244142 |
| 5 | 333 Market Street, Suite 1500<br>San Francisco, California 94105 |
| 6 | Telephone: (415) 977-8928<br>Facsimile: (415) 744-0134 |
| 7 | E-Mail: kathryn.watson@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| LIS SAM, | ) |
| Plaintiff, | ) CIVIL NO. 09-971-DLB<br>)<br>) STIPULATION AND ORDER TO EXTEND |
| v. | ) TIME<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Defendant's time for responding to Plaintiff's Motion for Summary Judgment (Doc. # 15) be extended to August 9, 2010.

This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

///
///
///
///
///

1  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                                                     Respectfully submitted,

Dated: July 2, 2010                          /s/ *Ann M. Cerney*
                                                 (As authorized via e-mail)
                                                 ANN M. CERNEY
                                                 Attorney for Plaintiff

Dated: July 2, 2010                          BENJAMIN B. WAGNER
                                                 United States Attorney
                                                 LUCILLE GONZALES MEIS
                                                 Regional Chief Counsel, Region IX
                                                 Social Security Administration

                                               /s/ *Kathryn R. Watson*
                                               KATHRYN R. WATSON
                                               Special Assistant United States Attorney

      IT IS SO ORDERED.

         **Dated:**  **July 6, 2010**                      **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE