1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                          EASTERN DISTRICT OF CALIFORNIA

9
   LIS SAM,                              )       1:09cv0971 DLB
10                                       )
                       Plaintiff,        )       ORDER GRANTING
11                                       )       EXTENSION OF TIME
                                         )
12           vs.                         )       (Document 19)
                                         )
13                                       )
   MICHAEL J. ASTRUE, Commissioner of    )
14 Social Security,                      )
                                         )
15                     Defendant.        )
   _____)
16

17
         On August 27, 2010 , the parties filed a stipulation and proposed order to allow Plaintiff an
18
   extension of time to file a reply to Defendant's cross-motion for summary judgment.  The parties'
19
   request is GRANTED.  Plaintiff's reply SHALL be filed on or before September 24, 2010.
20

21
         IT IS SO ORDERED.
22
        Dated:   **September 1, 2010**            _____/s/ **Dennis L. Beck**_____
23                                               UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28
                                            1